June 10, 2005

Mr. Larry Bracken
Law Snakard & Gambill, P.C.
1600 West Seventh St., Suite 500
Fort Worth, TX 76102

Mr. James B. Barlow
Barlow & Garsek
3815 Lisbon Street
Fort Worth, TX 76107
Mr. David R. Casey
1840 Norwood Plaza, Suite 102
Hurst, TX 76054-3749

Mr. Robert L. Russell Bush
Bush & Morrison
4025 Woodland Park Blvd., Suite 190
Arlington, TX 76013

RE: Case Number: 02-1012
 Court of Appeals Number: 02-00-00183-CV
 Trial Court Number: 96-163123-96

Style: THE CITY OF KELLER
 v.
 JOHN W. WILSON, GRACE S. WILSON, JOHNNY L. WILSON AND NANCY A. WILSON

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. (Justice Johnson not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Stephanie |
| |Lavake |
| |Mr. Thomas A. |
| |Wilder |
| |Mr. Bruce S. |
| |Powers |